# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### CIVIL CASE NO.: 10-cv-00516-MJD-JSM

| | |
|---|---|
| KAREN VICKERY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| FINANCIAL RECOVERY SERVICES, INC., | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements or attorney's fees to any party.

**KROHN & MOSS, LTD**

Dated: November 10, 2010    By   s/Cassie Yates
Lee Cassie Yates (License #352688)
Attorneys for Plaintiff
120 West Madison Street, 10th Floor
Chicago, IL  60602
(312) 578-9428
cyates@consumerlawcenter.com

**MOSS & BARNETT, P.C.**

Dated: November 10, 2010    By   s/Michael Poncin
Michael Poncin (License #296417)
Attorneys for Defendant
4800 Wells Fargo Center, # 90S
7th Street Minneapolis MN 55402
Telephone:  (612) 877-5000
Facsimile:  (612) 877-5999
PoncinM@moss-barnett.com