# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### CIVIL NO: 0:10-cv-00516 MJD-JSM

KAREN VICKERY,

       Plaintiff,

v.

FINANCIAL RECOVERY SERVICES, INC.,

       Defendant.

**ORDER**

The above-entitled action, having been filed and agreed upon through the undersigned, their respective attorneys,

**IT IS HEREBY STIPULATED AND AGREED** that this action may be, and hereby is, dismissed with prejudice and on the merits and without costs to any party.

LET JUDGMENT BE ENTERED

Date: November 15, 2010

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court