AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Karen Vickery

V.

Financial Recovery Services, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-cv-516 MJD/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action may be, and hereby is, dismissed with prejudice and on the merits and without costs to any party.

|  |  |
|---|---|
| November 16, 2010 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/ Katie Thompson |
|  | (By)   Katie Thompson   Deputy Clerk |